IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DOMINIQUE DANIELS,<br><br>    Plaintiff,<br><br>v.<br><br>SHERIFF JOHN WILCHER, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 4:21-cv-226 |

**O R D E R**

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's October 29, 2021 Report and Recommendation, (doc. 5), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, the Complaint, (doc. 1), is **DISMISSED** without prejudice. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 11th day of February, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA